No. 44063.—Protest 969997–G of American Paulin System (Los Angeles).

Opinion by DALLINGER, J.   On the face of the dial of the sample in question, in addition to calibrations for reading atmospheric pressure in degrees, there appear other calibrations for reading altitude measurements in feet, and the words "Surveying Aneroid" appear on the face of the instrument.   It was held that although there is some conflict as to whether these aneroid barometers are chiefly used by surveyors, the fact that they are silver plated would preclude their classification under paragraph 360.   The claim at 27½ percent under paragraph 372 was sustained on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271).

No. 44064.—Protest 971306–G of Wm. Shaland (New York).

Opinion by DALLINGER, J.   It was stipulated that the dime savings banks in question are similar to those the subject of Abstract 42749.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 44065.—Protest 997823–G/88570 of N. Shure Co. (Chicago).

Opinion by DALLINGER, J.   It was stipulated that the dime savings banks in question are similar to those the subject of Abstract 38680.   The claim at 40 percent under paragraph 339 was therefore sustained.